UNITED STATES of America, Plaintiff—Appellee,

v.

Faiza MAXWELL, Defendant— Appellant.

No. 08-8044.

United States Court of Appeals, Fourth Circuit.

Submitted: April 22, 2010.

Decided: May 20, 2010.

Faiza Maxwell, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and GREGORY and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Faiza Maxwell appeals the district court's memorandum decision and order denying her 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Maxwell,* No. 3:02–cr–00152–FDW–11 (W.D.N.C. Aug. 22, 2008). We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*